UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTAATLANTA DIVISION

| | |
|---|---|
| TEAMONE CONTRACT SERVICES, LLC,<br>                    Plaintiff(s),<br><br>vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br>                    Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:19-CV-03891-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant's MOTION for Summary Judgment, and the court having granted in part and denied in part said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 18th day of May, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/J. Arnold
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 18, 2022
Kevin P. Weimer
Clerk of Court

By:     s/J. Arnold
            Deputy Clerk